# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| vs. | : CRIMINAL NO. 21-00004-KD-B |
| **COURTNEY PHELION** | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 103) and without any objection having been filed by the parties, Defendant Courtney Phelion's plea of guilty to Count Three of the Indictment is now accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **June 25, 2021 at 2:00 p.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this 6th day of April 2021.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> CHIEF UNITED STATES DISTRICT JUDGE